UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD MITTLESTADT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05416-RJB-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before January 27, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before February 10, 2011; and

- Oral argument, if desired, shall be requested by February 17, 2011.

DATED this 16th day of December 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-CV-05416-RJB-JRC]