# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICHARD MITTLESTADT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

CASE NO. C10-5416 -RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 24);

(2) The matter is therefore REVERSED and REMANDED to the Administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 12th day of July, 2011.

                        /s/ Robert J. Bryan
                        ROBERT J. BRYAN
                        United States District Judge

ORDER - 1