# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD MITTLESTADT

        v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5416RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 24); and

The matter is therefore REVERSED and REMANDED to the Administration for further consideration.

   July 13, 2011                                                    WILLIAM M. McCOOL
                                                                               Clerk

                                                                               *s/CM Gonzalez*
                                                                               Deputy Clerk